


PHILLIP A. TALBERT
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEIZURE OF: | S.W. NO. 1:16 SW 00104 SAB |
|---|---|
| ALL FUNDS MAINTAINED IN BANK OF AMERICA, N.A. BANK ACCOUNT NUMBER 3250 2600 6161 FOR SETH DEPIANO SOLE PROPRIETOR DOING BUSINESS AS US FUNDING; | **UNDER SEAL**  ORDER TO SEAL DOCUMENTS |
| ALL FUNDS MAINTAINED IN BANK OF AMERICA, N.A. BANK ACCOUNT NUMBER 3250 2603 0959 FOR SETH DEPIANO; and | |
| ALL FUNDS MAINTAINED IN BANK OF AMERICA, N.A. BANK ACCOUNT NUMBER 3250 3318 0342 FOR THE RENTAL GROUP, WHOSE SOLE AUTHORIZED SIGNOR IS DEPIANO. | |

The United States of America, having applied to this Court for an Order permitting it to file the seizure warrants, applications, and affidavits in the above-entitled proceedings, together with its Application to Seal, Memorandum of Points and Authorities and the accompanying Declaration of Jeffrey A. Spivak, under seal, and good cause appearing therefore,

IT IS HEREBY ORDERED that the seizure warrants, applications, and affidavit(s) in the above-entitled proceeding, together with the Application to Seal of the United States Attorney and the accompanying Memorandum of Points and Authorities and Declaration of Jeffrey A. Spivak, shall be

ORDER TO SEAL DOCUMENTS

1

1 | filed with the Court, under seal, and shall not be disclosed pending further order of this Court.

2 | Dated: 5/6/2016

_____
HON. STANLEY A. BOONE
United States Magistrate Judge